RECEIVED
FILED
ENTERED                SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 7 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-o0o-

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:09-mj-396-GWF |
| vs. | ) **ORDER QUASHING WARRANT** |
| TOMMY H. McINTOSH, | ) |
| Defendant. | ) |

The defendant having made significant progress towards completion of the conditions of the sentence imposed,

IT IS HEREBY ORDERED that the Warrant for the defendant's arrest issued on June 2, 2010, is **QUASHED.**

IT IS FURTHER ORDERED that a Status Hearing is scheduled for **Tuesday, August 24, 2010, at 1:30 p.m. in LV Courtroom 3A before Magistrate Judge George Foley, Jr.**

DATED this 27th Day of July, 2010.

GEORGE FOLEY, JR.
United States Magistrate Judge